992 A.2d 108

**Terrance COLEMAN, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION AND PAROLE, Respondents.**

**No. 177 EM 2009.**

Supreme Court of Pennsylvania.

April 6, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of April, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for the Assignment of Counsel are **DENIED.**